**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **CR-06-1070-PHX-PGR** |
| vs. | ) |
| | ) **DETENTION ORDER** |
| Christopher Clements, | ) |
| Defendant. | ) |
| | ) |

Defendant appeared before this Court on a Petition for Revocation of Supervised Release. A detention hearing was held. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

The Court finds that defendant has failed to carry his burden of establishing that he does not pose a serious flight risk and danger to any other person or to the community pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

The Court concludes, therefore, by clear and convincing evidence, that defendant is a danger and that there is no condition or combination of conditions that will reasonably assure the safety of the community..

The Court also concludes, by a preponderance of the evidence, that defendant is also a serious flight risk and that there is no condition or combination of conditions that

/ / /

/ / /

/ / /

/ / /

1  will reasonably assure his appearance at future proceedings.

2  IT IS THEREFORE ORDERED that defendant be detained pending further

3  proceedings.

4  DATED this 8th day of February, 2012.

5

6

7

8  Edward C. Voss
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28